FILED
CLERK, U.S. DISTRICT COURT
10/2/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONG KOO,<br><br>    Plaintiff,<br><br>    v.<br><br>JOYCOS AMERICA, INC., et al.,<br><br>    Defendants. | Case No. CV 19-4934 FMO (SSx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 2nd day of October, 2019.

                                                                   /s/<br>
                                               Fernando M. Olguin<br>
                                           United States District Judge